**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Kenneth Dean MAYES, Defendant–**
**Appellant.**

No. 07–41047.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2008.

Stevan Buys, U.S. Attorney's Office, Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Denise S. Benson, Assistant Federal Public Defender, U.S. Attorney's Office, Eastern District of Texas, Sherman, TX, for Defendant–Appellant.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Kenneth Dean Mayes has

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

438

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mayes has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.